[No. 24730. Department One. December 23, 1933.]

THE STATE OF WASHINGTON, *on the Relation of Claude G. Bannick, as Sheriff of King County, Respondent,* v. CLARENCE W. PIERCE, *as Justice of the Peace, Appellant.*[1]

*H. E. Foster,* for appellant.

*Robert M. Burgunder* and *Ben A. Maslan,* for respondents.

PER CURIAM.—The petition of Claude G. Bannick, sheriff for King county, to the superior court for King county, for a writ of prohibition to prevent Clarence W. Pierce, a justice of the peace for Morningside precinct, King county, from holding the petitioner in contempt of court, was granted. The justice of the peace has appealed.

This is a companion case to that of *State ex rel. Maslan v. Pierce, ante* p. 676, 28 P. (2d) 109, just decided, and, upon the authority of that case, the order from which the appeal is prosecuted is affirmed.

[1]Reported in 28 P. (2d) 110.